# United States Court of Appeals
## For the First Circuit

No. 23-1668

KIMBERLY A. GRIFFIN,

Plaintiff - Appellant,

v.

MASSACHUSETTS DEPARTMENT OF REVENUE,

Defendant - Appellee.

Before

Gelpí, Montecalvo, and Rikelman,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: May 26, 2026

The judgment of the district court is <u>affirmed</u> essentially for the reasons explained by the court in its Memorandum and Order of July 20, 2023. <u>See</u> 1st Cir. R. 27.0(c).


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Kimberly Ann Griffin
Jeffrey Thomas Collins
Jacob J. Thaler